*#113 #-128699*

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

FILED
2010 JUL 26 PM 3:27
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re: GORSUCH, BARBARA C     Case No. 09-38416

Judge Richard L Speer

### REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Northwest Orthopedics | 6444 Monroe St., Suite A<br>Sylvania, OH 43560 | $2.84 |

Check #113 for $2.84 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Patti Baumgartner-Novak, Trustee

Dated: 7/22/10

cc: Office of the U.S. Trustee